IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TRAVELERS PERSONAL**  **PLAINTIFF**
**INSURANCE COMPANY**

v.  Case No. 4:22-cv-01040-LPR

**DIANNA RATHBUN and**
**MARVIN RATHBUN**  **DEFENDANTS**

**ORDER**

Pending before the Court is Plaintiff's Motion for Attorneys' Fees and Costs.[1] The Court has reviewed the Motion,[2] the supporting documents,[3] and the supporting Brief.[4] Defendants have not opposed the Motion. For the reasons set out in the supporting Brief, the Court grants the Motion in full.[5] The fee request is supported by the lodestar calculation and is very reasonable. The composite rate is in line with local rates and is very reasonable. The hours expended and tasks performed are also reasonable under the circumstances of this case. The costs request is reasonable and appropriate in all regards. In light of Defendants not opposing the Motion, the Court need not say more.[6] Plaintiff's Motion is GRANTED. Pursuant to Arkansas Code Annotated § 16-22-308, Plaintiff is awarded attorneys' fees of $10,980. Further, Plaintiff is awarded costs of $402.00. The attorneys' fees and costs awarded to Plaintiff are taxable against Defendants as provided by Federal Rule of Civil Procedure 54(d)(1) and 28 U.S.C. § 1920.[7]

---

[1] Doc. 20.

[2] *See id*.

[3] *See id.*

[4] *See* Doc. 21.

[5] *See id.*

[6] *See* Local Rule 7.2(f).

[7] Attorneys' fees assessed pursuant to Ark. Code Ann. § 16-22-308 are "collected as costs."

IT IS SO ORDERED this 9th day of July 2024.

                                                          _____
                                                          LEE P. RUDOFSKY
                                                          UNITED STATES DISTRICT JUDGE